UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEFA RAMIREZ,

                            **Plaintiff,**

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                            **Defendant.**

------------------------------------------------------------X

25-CV-05882 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, certain deadlines shall be extended by the number of days between September 30, 2025, and the restoration of federal funding. Plaintiff's brief is still due by December 22, 2025. Absent further order by the Court, the due date for Defendant's brief shall be extended to Tuesday, April 7, 2026. Plaintiff may file a reply brief, if any, 21 days after service of the Defendant's brief.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 18, 2025
                New York, New York